UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| LUIS MIGUEL PUPO OCHOA, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 5:26-cv-212-CHB |
| | ) | |
| v. | ) | |
| | ) | |
| ADAM SMITH, | ) | **ORDER REMANDING HEARING** |
| Jailer, Christian County Jail, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court on the parties' Joint Motion to Remand/Cancel Hearing, [R. 6]. The parties advise that they are "not aware of any relevant factual disputes, and accordingly, respectfully request to cancel the hearing in this matter." *Id.* at 1. Accordingly, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. The parties' Joint Motion to Remand/Cancel Hearing, [**R. 6**], is **GRANTED**.

2. The hearing that was scheduled for August 12, 2026, is **REMANDED** from the Court's docket.

This the 11th day of August, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:     Counsel of Record